UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: CHAMBERLAIN, THOMAS A<br>CHAMBERLAIN, LUCY B<br><br>Debtor(s) | § Case No. 10-74540<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/04/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 03/18/2011    By: /s/JOSEPH D. OLSEN
                                        Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: CHAMBERLAIN, THOMAS A<br>CHAMBERLAIN, LUCY B<br><br>Debtor(s) | § Case No. 10-74540<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 13,671.86

*and approved disbursements of*  $ 4,971.82

*leaving a balance on hand of* [1]  $ 8,700.04

**Balance on hand:**  $ 8,700.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,700.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,620.00 | 0.00 | 1,620.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 29.16 | 0.00 | 29.16 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,825.00 | 0.00 | 1,825.00 |

Total to be paid for chapter 7 administration expenses: $ 3,474.16
Remaining balance: $ 5,225.88

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,225.88

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,225.88

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,102.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Von Maur | 44.19 | 0.00 | 10.01 |
| 2 | Capital One Bank (USA), N.A. | 3,889.31 | 0.00 | 879.79 |
| 3 | Capital One Bank (USA), N.A. | 3,373.04 | 0.00 | 763.00 |
| 4 | American Financial Partners | 9,695.26 | 0.00 | 2,193.13 |
| 5 | GE Money Bank | 4,227.67 | 0.00 | 956.33 |
| 6 | GE Money Bank | 1,872.72 | 0.00 | 423.62 |

Total to be paid for timely general unsecured claims: $ 5,225.88
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                               United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                          Case No. 10-74540-MB
Thomas A Chamberlain                                            Chapter 7
Lucy B Chamberlain
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-3         User: kkrystave           Page 1 of 2              Date Rcvd: Apr 05, 2011
                             Form ID: pdf006           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2011.
db/jdb       +Thomas A Chamberlain,    Lucy B Chamberlain,   5979 Palo Verde Drive,    Rockford, IL 61114-4916
aty          +Craig A Willette,    Yalden Olsen & Willette,   1318 E State Street,    Rockford, IL 61104-2228
aty          +Jessee Renee Dagen Tillman,    Legal Helpers,   233 South Wacker Drive,    Suite 5150,
               Chicago, IL 60606-6371
aty          +Nisha B Parikh,    Ledford & Wu,   200 S. Michigan Ave, Suite 209,   Chicago, IL 60604-2406
tr           +Joseph D Olsen,    Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
16379247     +American Financial Partners,    1312 Coteau St, POB 125,    Gary SD 57237-0125
16121965     +Bac Home Loans Servici,    450 American St,   Simi Valley, CA 93065-6285
16121967     +Blackhawk State Bank,    400 Broad St,   Beloit, WI 53511-6223
16510438      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
               Oklahoma City, OK  73124-8839
16121969     +Citibank Usa,    Attn.: Centralized  Bankruptcy,    Po Box 20363,   Kansas City, MO 64195-0363
16121970     +Dell Financial Services,    Attn: Bankruptcy Dept.,   Po Box 81577,   Austin, TX 78708-1577
16121975     +HSBC Auto Finance / Santander,    Attn: Bankruptcy,   Po Box 562088 Suite 900,
               Dallas, TX 75356-2088
16121974     +Haf,   6602 Convoy Ct,    San Diego, CA 92111-1009
16121977     +Hsbc Bank,    Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
16121976     +Hsbc Bank,    Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
16121978     +Hsbc Best Buy,    Attn: Bankruptcy,   Po Box 5263,   Carol Stream, IL 60197-5263
16121979     +Hsbc/rs,    Attn: Bankruptcy,   Po Box 5263,   Carol Stream, IL 60197-5263
16121981     +Rockford Mercantile,    2502 S Alpine Rd,   Rockford, IL 61108-7813
16121982     +Spiegel,    Attn: Bankruptcy,   Po Box 9428,   Hampton, VA 23670-0428
16121983    ++VON MAUR INC,    6565 BRADY STREET,   DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,    Attn: Credit Dept,   6565 Brady,    Davenport, IA 52806)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16121964     +E-mail/PDF: cbp@agfinance.com Apr 06 2011 00:10:46     American General Finan,
               342 W Chrysler Dr,   Belvidere, IL 61008-6029
16121966     +E-mail/Text: melanie.macy@bacu.org Apr 05 2011 23:25:24     Blackhawk Cu,   Pob 328,
               Savanna, IL 61074-0328
16121968     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 06 2011 00:10:06      Capital One, N.a.,
               C/O American Infosource,    Po Box 54529,   Oklahoma City, OK 73154-1529
16751665      E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 00:01:39     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16121971     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 00:01:39     Gemb/howards,
               Attention: Bankruptcy,    Po Box 103106,   Roswell, GA 30076-9106
16121972     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 00:01:39     Gemb/jcp,    Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
16121973     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 00:01:39     Gemb/jcp Ppp,    Po Box 981402,
               El Paso, TX 79998-1402
16121980     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 00:01:39     Lowes / MBGA,
               Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
16121984    ##+Washington Mutual / Providian,   Attn: Bankruptcy Dept.,   Po Box 10467,
               Greenville, SC 29603-0467
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: kkrystave           Page 2 of 2           Date Rcvd: Apr 05, 2011
                              Form ID: pdf006           Total Noticed: 28

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2011**          **Signature:** _/s/ Joseph Speetjens_