**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: CHAMBERLAIN, THOMAS A § Case No. 10-74540 | |
| CHAMBERLAIN, LUCY B § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $140,289.00 *(without deducting any secured claims)* | Assets Exempt: $6,225.00 |
| Total Distribution to Claimants: $5,225.88 | Claims Discharged Without Payment: $17,876.31 |
| Total Expenses of Administration: $3,474.16 | |

3) Total gross receipts of $ 13,671.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,971.82 (see **Exhibit 2**), yielded net receipts of $8,700.04 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,649.16 | 3,474.16 | 3,474.16 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 23,102.19 | 23,102.19 | 5,225.88 |
| **TOTAL DISBURSEMENTS** | $0.00 | $24,751.35 | $26,576.35 | $8,700.04 |

4) This case was originally filed under Chapter 7 on September 13, 2010. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2011     By: /s/JOSEPH D. OLSEN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DC 30-12 Optimum Gammill with Statler Stitcher Q | 1129-000 | 13,671.82 |
| Interest Income | 1270-000 | 0.04 |
| **TOTAL GROSS RECEIPTS** | | **$13,671.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lucy Chamberlain | payment to debtor for exemption in quilting machine | 8100-002 | 4,000.00 |
| Lucy Chamberlain | return of monthly pymts on quilting machine | 8200-002 | 971.82 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,971.82** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,620.00 | 1,620.00 | 1,620.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 29.16 | 29.16 | 29.16 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 1,825.00 | 1,825.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,649.16 | 3,474.16 | 3,474.16 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Von Maur | 7100-000 | N/A | 44.19 | 44.19 | 10.01 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,889.31 | 3,889.31 | 879.79 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,373.04 | 3,373.04 | 763.00 |
| 4 | American Financial Partners | 7100-000 | N/A | 9,695.26 | 9,695.26 | 2,193.13 |
| 5 | GE Money Bank | 7100-000 | N/A | 4,227.67 | 4,227.67 | 956.33 |
| 6 | GE Money Bank | 7100-000 | N/A | 1,872.72 | 1,872.72 | 423.62 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | 0.00 | 23,102.19 | 23,102.19 | 5,225.88 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74540  
**Case Name:** CHAMBERLAIN, THOMAS A  
                    CHAMBERLAIN, LUCY B  
**Period Ending:** 06/20/11

**Trustee:** (330400)  JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/13/10 (f)  
**§341(a) Meeting Date:** 10/21/10  
**Claims Bar Date:** 02/08/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residential real estate located at 5979, Drive, | 134,629.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Fifth Third Bank | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Fifth Third Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous used household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous books, tapes, CD's, etc. | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Personal used clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous costume jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Colonial Penn Term Life Insurance - no cash surr<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2009 IRS Tax Return of $4,598 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1998 Cadillac Catera with 60,000 miles | 1,835.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2001 Kia Spectra with 110,000 miles Value per Ke | 1,775.00 | 0.00 | DA | 0.00 | FA |
| 12 | DC 30-12 Optimum Gammill with Statler Stitcher Q | 12,000.00 | 12,000.00 | | 13,671.82 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.04 | Unknown |
| 13 | Assets    Totals (Excluding unknown values) | **$152,289.00** | **$12,000.00** | | **$13,671.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Relatively recent case.  Trustee discovered an undisclosed quilting machine.  Have filed Motion to Authorize Sale which will be heard in 2011.  Will eventually sell machine and file tax returns, if necessary.  Presume the final report will be on file by 9/30/11.

**Initial Projected Date Of Final Report (TFR):**    September 30, 2011      **Current Projected Date Of Final Report (TFR):**    September 30, 2011

Printed: 06/20/2011 03:00 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-74540  
**Case Name:** CHAMBERLAIN, THOMAS A  
CHAMBERLAIN, LUCY B  
**Taxpayer ID #:** **-***2092  
**Period Ending:** 06/20/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******84-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/10 | {12} | Thomas and Lucy Chamberlain | mo. pymt re: loom | 1129-000 | 485.91 | | 485.91 |
| 12/21/10 | {12} | Thomas & Lucy Chamberlain | mo. pymt. on loom | 1129-000 | 485.91 | | 971.82 |
| 02/09/11 | {12} | American Financial | purchase of loom | 1129-000 | 12,700.00 | | 13,671.82 |
| 02/11/11 | | To Account #9200******8466 | pymt of debtor's exemption on quilting machine | 9999-000 | | 4,000.00 | 9,671.82 |
| 03/03/11 | | To Account #9200******8466 | return of monthly pymts of quilting machine | 9999-000 | | 971.82 | 8,700.00 |
| 03/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 8,700.04 |
| 03/18/11 | | To Account #9200******8466 | Prep. of F. Rpt. | 9999-000 | | 8,700.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,671.86 | 13,671.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,671.86 | |
| | | | **Subtotal** | | 13,671.86 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,671.86** | **$0.00** | |

{} Asset reference(s)   Printed: 06/20/2011 03:00 PM   V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-74540 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | CHAMBERLAIN, THOMAS A | | Bank Name: | The Bank of New York Mellon |
| | CHAMBERLAIN, LUCY B | | Account: | 9200-******84-66 - Checking Account |
| Taxpayer ID #: | **-***2092 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/20/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/11/11 | | From Account #9200******8465 | pymt of debtor's exemption on quilting machine | 9999-000 | 4,000.00 | | 4,000.00 |
| 02/11/11 | 101 | Lucy Chamberlain | payment to debtor for exemption in quilting machine | 8100-002 | | 4,000.00 | 0.00 |
| 03/03/11 | | From Account #9200******8465 | return of monthly pymts of quilting machine | 9999-000 | 971.82 | | 971.82 |
| 03/03/11 | 102 | Lucy Chamberlain | return of monthly pymts on quilting machine | 8200-002 | | 971.82 | 0.00 |
| 03/18/11 | | From Account #9200******8465 | Prep. of F. Rpt. | 9999-000 | 8,700.04 | | 8,700.04 |
| 05/11/11 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,825.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,825.00 | 6,875.04 |
| 05/11/11 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $29.16, Trustee Expenses;  Reference: | 2200-000 | | 29.16 | 6,845.88 |
| 05/11/11 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,620.00, Trustee Compensation;  Reference: | 2100-000 | | 1,620.00 | 5,225.88 |
| 05/11/11 | 106 | Von Maur | Dividend paid 22.62% on $44.19; Claim# 1; Filed: $44.19; Reference: | 7100-000 | | 10.01 | 5,215.87 |
| 05/11/11 | 107 | American Financial Partners | Dividend paid 22.62% on $9,695.26; Claim# 4; Filed: $9,695.26; Reference: | 7100-000 | | 2,193.13 | 3,022.74 |
| 05/11/11 | 108 | Capital One Bank (USA), N.A. | Combined Check for Claims#2,3 | | | 1,642.79 | 1,379.95 |
| | | | Dividend paid 22.62%  879.79 on $3,889.31;  Claim# 2; Filed: $3,889.31 | 7100-000 | | | 1,379.95 |
| | | | Dividend paid 22.62%  763.00 on $3,373.04;  Claim# 3; Filed: $3,373.04 | 7100-000 | | | 1,379.95 |
| 05/11/11 | 109 | GE Money Bank | Combined Check for Claims#5,6 | | | 1,379.95 | 0.00 |
| | | | Dividend paid 22.62%  956.33 on $4,227.67;  Claim# 5; Filed: $4,227.67 | 7100-000 | | | 0.00 |
| | | | Dividend paid 22.62%  423.62 on $1,872.72;  Claim# 6; Filed: $1,872.72 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 13,671.86 | 13,671.86 | $0.00 |
| Less: Bank Transfers | 13,671.86 | 0.00 | |
| **Subtotal** | 0.00 | 13,671.86 | |
| Less: Payments to Debtors | | 4,971.82 | |
| **NET Receipts / Disbursements** | **$0.00** | **$8,700.04** | |

{} Asset reference(s)       Printed: 06/20/2011 03:00 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-74540 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | CHAMBERLAIN, THOMAS A | | **Bank Name:** | The Bank of New York Mellon |
| | CHAMBERLAIN, LUCY B | | **Account:** | 9200-******84-66 - Checking Account |
| **Taxpayer ID #:** | **-***2092 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 06/20/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  |  |
|---|---|
| Net Receipts : | 13,671.86 |
| Less Payments to Debtor : | 4,971.82 |
| Net Estate : | $8,700.04 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******84-65 | 13,671.86 | 0.00 | 0.00 |
| Checking # 9200-******84-66 | 0.00 | 8,700.04 | 0.00 |
| | $13,671.86 | $8,700.04 | $0.00 |

{} Asset reference(s)                                                                   Printed: 06/20/2011 03:00 PM    V.12.56